**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TYRONE LAMONT OLIVER,<br><br>Defendant. | CASE NO.: 4:25-cr-81 |

# O R D E R

On March 18, 2026, the Court found Tyrone Lamont Oliver was not competent to proceed and committed him to the custody of the Attorney General for treatment in accordance with 18 U.S.C. § 4241(d). (Doc. 51.) As the Magistrate Judge explained in his August 28, 2026, Report and Recommendation, Oliver's treating physicians and the parties all agree that he is now competent to proceed. (Doc. 61, p. 1; see also doc. 60 (Stipulation).) The Court concurs with the BOP physicians' report's unrebutted findings, (doc. 59), and concludes that Oliver is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial. Therefore, the Court **ADOPTS** the Report and Recommendation, (doc. 61), and finds that defendant is **COMPETENT** to proceed pursuant to 18 U.S.C. § 4241.

It appearing that this case is now ready for trial, the Court hereby **DIRECTS** the parties to confer and file a joint status report **on or before October 12, 2026**, notifying the Court as to the current status of the case. The joint status report shall indicate whether (1) the parties are prepared to proceed to trial, and, if they are, list three potential dates for a status conference within the following 14 days; or, (2) if the parties believe the case will result in a negotiated plea agreement, whether additional time is needed for plea negotiations. In complying with this

Order, the parties are DIRECTED to use Magistrate Judge Ray's Criminal Status Report form.

**SO ORDERED**, this 5th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA